UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWNTIE SERVELLO,<br><br>        *Plaintiff*,<br><br>v.<br><br>SAINT VINCENT HEALTH CENTER,<br>ET AL.,<br>        *Defendants*. | CASE NO.   1:15-cv-145-BR-SPB<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION |

The Court, having reviewed the complaint, the Report and Recommendation of the Honorable Susan P. Baxter, United States Magistrate Judge, and the remaining record, does hereby find and order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's action is DISMISSED for his failure to prosecute.

    (3)    The Clerk of the Court is respectfully directed to send copies of this Order to Plaintiff, Defendant, and to Judge Baxter.

**IT IS SO ORDERED.**

DATED this 17th day of November, 2015.

                                        BARBARA J. ROTHSTEIN
                                        UNITED STATES DISTRICT JUDGE